TEXAS & PACIFIC RAILWAY *v.* GRIFFIN. TEXAS & PACIFIC RAILWAY *v.* OVERHEISER. Error to the Supreme Court of the State of Texas. Nos. 136 and 137. Argued with No. 138, *ante,* 81. MR. CHIEF JUSTICE FULLER : These cases are reported in 76 Texas, 437, 441, and involve here the same questions as those in the case above decided.

The judgments are, severally,                                      *Affirmed.*

*Mr. John F. Dillon,* (with whom was *Mr. Winslow S. Pierce* on the brief,) for plaintiff in error.

*Mr. H. J. May,* (with whom was *Mr. C. A. Culberson* and *Mr. A. H. Garland* on the brief,) for defendants in error.